

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESUS EDUARDO SANCHEZ, | § | No. 08-14-00012-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D00479) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief

until **September 10, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE

THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Gandara, the Appellant's Attorney,

prepare the Appellant's brief and forward the same to this Court on or before **September 10, 2014.**

IT IS SO ORDERED this 30th day of July, 2014.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.